

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LEONARDO A. CAVERO

    Plaintiff

Case No.: 12-21196-cv-ZLOCH/ROSENBAUM

THE LAW OFFICES OF ERSKINE & FLEISHER
SHERA ERSKINE ANDERSON, Individually
ANDREW D. FLEISHER, Individually
STANLEY B. ERSKINE, Individually

    Defendants

### PLAINTIFF'S RESPONSE TO DEFENDANTS THE LAW OFFICES OF ERSKINE & FLEISHER, ANDREW D. FLEISHER AND STANLEY B ERSKINE'S REQUEST FOR JUDICIAL NOTICE

1. On May 12, 2012 Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint.

2. On the same date Defendants filed a Request for Judicial Notice in Support of Motion to Dismiss Plaintiff's First Amended Complaint.

3. Plaintiff states that is not proper to take Judicial Notice at this juncture of the proceedings because it will be a conversion of a Motion to Dismiss to a Motion for Summary Judgment.

4. Plaintiff reminds this Honorable Court that Judicial Notices are supposed to be used for FACTS that are UNREBUTTED RECORDS. The Documents used by the Defendants are UNCERTIFIED PHOTOCOPIES used in a pending case in State court. This case is yet to be proven by the Defendants and the documents do not prove any relationship between FIA CARD SERVICES/DEFENDANTS and the Plaintiff.

Plaintiff does not have any Contract with Defendants or FIA card Services at all and on the contrary these documents will prove violations of the FDCPA by attempting to collect an alleged, un-validated debt .

5. Plaintiff has no objection to this Honorable Court to take Judicial Notice but they should not be considering it in a Motion to Dismiss. Our gaze must be constrained to the four corners of the complaint.

Dated: June 12, 2012

Respectfully submitted,

Leonardo A. Cavero
14933 SW 179 ST
MIAMI FL 33187
Phone #:305-510-3564
Email:leoadi11@hotmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be filed with the Clerk of Court and served properly by U.S. certified Mail this 12th day of June 2012 to the parties listed below.

THE LAW OFFICES OF ERSKINE & FLEISHER
SHERA ERSKINE ANDERSON, ESQ
ANDREW D. FLEISHER, ESQ
STANLEY B. ERSKINE, ESQ.
55 WESTON ROAD, # 300
FORT LAUDERDALE FL. 33326
Stanley_Erskine@EFlaw.net