UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LEONARDO A. CAVERO,

        Plaintiff,

vs.                 CASE NUMBER: 12-21196-cv-ZLOCH/OTAZO-REYES

THE LAW OFFICES OF ERSKINE &
FLEISHER, SHERA ANDERSON, Invidually,
ANDREW D. FLEISHER, Individually,
STANLEY B. ERSKINE, Individually

        Defendant(s).
_____/

## UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO RESPOND TO THE PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND DISCOVERY

COMES NOW, the Defendant, ERSKINE & FLEISHER P.A., by and through its undersigned Counsel and pursuant to Rule 6(b), of the Federal Rules of Civil Procedure and all other applicable Rules and hereby moves this Court for an enlargement of time within which to file a response to the Plaintiff's Discovery and a Reply to the Plaintiff's Motion for Leave to Amend his Complaint and there being no objection to this Motion by the Plaintiff the Defendants herein state the following, to wit:

1.     On June 24, 2013, the Defendant's herein by and through the undersigned counsel filed with this Court, a previous unopposed Motion for Extension of Time within which to file a response to the Plaintiff's request to amend his complaint and discovery propounded to same by the Plaintiff. (D.E. 70).

This Court granted the Defendant's Motion within an extension of time through and including July 10, 2013. (D.E.71). Sometime on or after June 24, 2013 the undersigned counsel on behalf of the Defendants suffered a medical condition known as Rental Vein Occlusion and other issues. The condition impaired the vision of the undersigned which required medical attention and it has interfered with the ability of the undersigned counsel to perform his current tasks in the above matter notwithstanding many other cases.

3. The undersigned made inquiry of the Plaintiff to determine as to whether or not he would have any objection to allowing the Defendant's an additional extension of time up through and including July 21, 2013 to which he did not have an objection.

## *MEMORANDUM OF LAW*

6. Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure this Court is given wide latitude within which to grant additional time within which to allow a party to respond to certain acts in civil proceedings. See Jenkins v. Commonwealth Land Title Ins. Co., 95 F.3d. 791 (9th Cir. 1996) and Choi v. Chemical Bank, 939 F.Supp. 304 (D.C.N.Y., 1996). Normally a request for an extension of time pursuant to Rule 6(b) of the Federal Rules of Civil Procedure will be granted in the absence of bad faith or prejudice to an opposing party. See 4A Right and Miller, Federal Practice and Procedure, Civil §1165.

7. The amount of time sought by the undersigned on behalf of the Defendant is for a brief period of time and counsel will try to of course expedite a reply should his time be permitted for same. Given the circumstances at hand, neither the Plaintiff nor the Court will

suffer any prejudice if this motion is granted. The undersigned believes that he has demonstrated good cause for an enlargement of time and certifies that this Motion is has been made in good faith. By virtue of the foregoing, it is the belief of the undersigned that the request for an enlargement of time is warranted under the circumstances.

WHEREFORE, all premises considered, it is request of the Defendant that this Honorable Court grant an enlargement of time up through and including July 21, 2013 within which to allow the Defendant to serve a reply to the Plaintiff's Motion for Leave to Amend his Complaint and the discovery propounded to the Defendants and to grant any and all further relief this Honorable Court deems just and proper.

Respectfully Submitted By:
Stanley B. Erskine, Esquire
The Law Offices
ERSKINE & FLEISHER
Attorneys for Defendant
Suite 300, 55 Weston Road
Fort Lauderdale, Florida 33326
Telephone No. (954) 384-1490
Telecopier No. (954) 384-4088
Email: Stanley_Erskine@Eflaw.net

By: _____
Stanley B. Erskine, Esquire

## CERTIFICATE OF GOOD FAITH

That the undersigned contacted the Plaintiff who has no objection to the foregoing Motion given the parties attempt to resolve their differences concerning the case at bar.

By:_____
Stanley B. Erskine, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Enlargement of Time was electronically filed with the Clerk of the above Court by using the CM/ECF system on the ___9th___ day of July 2013, and a copy has been mailed to Plaintiff's Counsel LEONARDO A. CAVERO, located at 14933 SW 179TH ST, MIAMI FL 33187 and a courtesy copy sent via email leoadi11@hotmail.com.

By: _____
Stanley B. Erskine, Esquire