UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-21196-CIV-ZLOCH/OTAZO-REYES

LEONARDO A. CAVERO,

      Plaintiff,

vs.

THE LAW OFFICES OF ERSKINE & FLEISHER,
SHERA ERSKINE ANDERSON, Individually,
ANDREW D. FLEISHER, Individually,
STANLEY B. ERSKINE, Individually,

      Defendants.
_____/

## OMNIBUS ORDER

THIS CAUSE came before the Court upon the following motions:

1.    Defendants The Law Offices of Erskine & Fleisher, Shera Erskine Anderson, Andrew D. Fleisher and Stanley B. Erskine's (collectively, "Defendants") Motion to Dismiss the Plaintiff's Second Amended Complaint and Motion to Strike a Sham Pleading (hereafter, "Motion to Dismiss and to Strike") [D.E. 52].

2.    Defendants' Motion to Dismiss for Lack of Capacity [D.E. 61].

3.    Defendants' Motion for Leave to Supplement their Motion to Dismiss and to Strike (hereafter, "Motion to Supplement") [D.E. 67].

4.    Plaintiff Leonardo A. Cavero's ("Cavero") Motion for Leave to Amend Second Amended Complaint (hereafter, "Motion to Amend") [D.E. 69].

This case was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable William J. Zloch, United States District Judge [D.E. 22 & 44].

Rule 15 of the Federal Rules of Civil Procedure allows amendments of pleadings "with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). Rule 15 further prescribes that "[t]he court should freely give leave when justice so requires." Id. Defendants contend that Cavero's Motion to Amend is futile and in bad faith. However, upon review of the Motion to Amend, and given Cavero's *pro se* status, the undersigned finds it appropriate to grant Cavero leave to amend his pleading pursuant to Fed. R. Civ. P. 15(a)(2). Therefore, it is

ORDERED AND ADJUDGED that Cavero's Motion to Amend [D.E. 69] is **GRANTED**. Pursuant to the Rule 15.1 of the Local Rules for the Southern District of Florida, Cavero shall file his Third Amended Complaint by **Wednesday, July 31, 2013**.

Because Defendants' motions were directed at the Second Amended Complaint, it is further

ORDERED AND ADJUDGED that Defendants' Motion to Dismiss and to Strike [D.E. 52] and Defendants' Motion to Dismiss for Lack of Capacity [D.E. 61] are **DENIED WITHOUT PREJUDICE** to their renewal, if appropriate, with respect to the Third Amended Complaint. Defendants' Motion to Supplement [D.E. 67] is **DENIED AS MOOT**.

DONE AND ORDERED in Chambers at Miami, Dade County, Florida, this 19th day of July, 2013.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   U.S. District Judge William J. Zloch
      Counsel of Record
      Leonardo Cavero, *pro se*
      14933 S.W. 179th Street, Apt. 110
      Miami, Fla.  33187