UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-21196-CIV-ZLOCH/OTAZO-REYES

LEONARDO A. CAVERO,

    Plaintiff,

vs.

THE LAW OFFICES OF ERSKINE & FLEISHER,
SHERA ERSKINE ANDERSON, Individually,
ANDREW D. FLEISHER, Individually,
STANLEY B. ERSKINE, Individually,

    Defendants.
_____/

## ORDER RE: D.E. 63

THIS CAUSE came before the Court upon Defendants' Motion for Extension of Time to Conduct Mediation Conference and for Further Relief (hereafter, "Motion") [D.E. 63]. In their Motion, Defendants requested that the Mediation Conference required by the Court's Order Referring Case to Mediation [D.E. 57] be deferred until after the Court resolved their motions to dismiss [D.E. 52 & 61]. Because the Court has denied those motions without prejudice to their renewal with respect to Plaintiff's soon to be filed Third Amended Complaint, the Court finds good cause to grant the requested extension. Defendants also ask in their Motion that the Court determine how the costs of mediation should be apportioned among the parties. This request will be more appropriately addressed after the mediation conference has been scheduled. Based on the foregoing, it is

ORDERED AND ADJUDGED that Defendants' Motion [D.E. 63] is GRANTED IN PART and DENIED IN PART as follows:

2

1. The Motion for Extension of Time to Conduct Mediation Conference is GRANTED. The Mediation Conference shall take place thirty (30) days after the Court has ruled on Defendants' anticipated motion to dismiss with respect to the Third Amended Complaint.

2. The Motion for Further Relief, requesting that the Court determine how the costs of Mediation should be apportioned among the parties, is DENIED WITHOUT PREJUDICE to its renewal after the Mediation Conference has been scheduled.

DONE AND ORDERED in Chambers at Miami, Dade County, Florida, this 22nd day of July, 2013.

*(signature)*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: U.S. District Judge William J. Zloch
Counsel of Record
Leonardo Cavero, *pro se*
14933 S.W. 179th Street, Apt. 110
Miami, Fla. 33187