UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION



FILED by UM D.C.

JUL 24 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

LEONARDO A. CAVERO

    Plaintiff

Case No.: 12-21196-cv-ZLOCH/OTAZO-REYES

THE LAW OFFICES OF ERSKINE & FLEISHER

SHERA ERSKINE ANDERSON, Individually

ANDREW D. FLEISHER, Individually

STANLEY B. ERSKINE, Individually

    Defendants

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff LEONARDO A. CAVERO, and respectfully informs the Court that this action between Plaintiff and THE LAW OFFICES OF ERSKINE & FLEISHER, SHERA ERSKINE ANDERSON, ANDREW D. FLEISHER and STANLEY B. ERSKINE (E&F et all), has been settled. In support of this Notice Plaintiff states the following:

1. The parties reached a settlement on July 23, 2013.
2. According to the settlement agreement, Plaintiff will dismiss with prejudice the action against E&F as soon as the conditions on the agreement are met on or before August 12, 2013.
3. The Release was signed on July 23, 2013.

I HEREBY CERTIFY that a true and correct copy of the foregoing will be filed with the Clerk of Court and served properly this 24th day of April, 2013 to the Attorney for the Defendants at the following address:

1

STANLEY B. ERSKINE, ESQ.
55 WESTON ROAD, # 300
FORT LAUDERDALE FL. 33326
Stanley_Erskine@EFlaw.net

                                                                             Respectfully submitted,

                                                                             Leonardo A. Cavero
                                                                             14933 SW 179 ST
                                                                             MIAMI FL 33187
                                                                           Phone #:305-510-3564
                                                                       Email:leoadi11@hotmail.com